No. 345, October Term, 1964. MARYLAND, FOR THE USE OF LEVIN, ET AL. *v.* UNITED STATES, 381 U. S. 41. The respondent is requested to file, within 20 days, a response to the petition for rehearing limited to the question as to whether this case should be remanded to the District Court for further proceedings with respect to the unresolved issues tendered in the petitioners' bill of complaint. MR. JUSTICE FORTAS took no part in the consideration of this petition. *Theodore E. Wolcott* on the petition for rehearing.

No. 57. HAZELTINE RESEARCH, INC., ET AL. *v.* BRENNER, COMMISSIONER OF PATENTS. C. A. D. C. Cir. (Certiorari granted, 380 U. S. 960.) Motion of Irwin M. Aisenberg for leave to file brief, as *amicus curiae,* granted. MR. JUSTICE FORTAS took no part in the consideration or decision of this motion. *Irwin M. Aisenberg* on the motion to file brief, as *amicus curiae,* urging reversal.

No. 575, Misc. EDWARDS *v.* WEAKLEY, REFORMATORY SUPERINTENDENT. Motion for leave to file petition for writ of habeas corpus denied.